IN THE UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| RAYMOND THORNTON,<br><br>    Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>    Defendant. | Civil No. 3:09-CV-5218-FDB<br><br><br><br>ORDER FOR REMAND |

Based on the stipulation of the parties, it is hereby ORDERED that the above-captioned case be reversed and remanded for further administrative proceedings, including, but not limited to, the following actions: the administrative law judge (ALJ) will consider the opinions of Dr. Kooiker (Tr. 287-290) and Mr. Jackson and Dr. Krieg (Tr. 191-194) and the lay witness statements from Dawn (Tr. 59), Jacquelyne Thornton (Tr. 60-63), Ivy Schwan (Tr. 64), Sylvia Thornton Bonchiff (Tr. 65-67), Chuck Wagner (Tr. 119-120), Cal White (Tr. 140), and Tevya Friedman (Tr. 141-143) when further evaluating whether Plaintiff had a medically determinable impairment prior to his date last insured (DLI) and whether Plaintiff was disabled on or before

Page 1    ORDER - [3:09-CV-5218-FDB-KLS]

his DLI; the ALJ will further evaluate Plaintiff's subjective complaints concerning the period on or before his DLI; the ALJ will obtain supplemental medical expert testimony; and the favorable finding of disability on and after May 27, 2005 will be affirmed.

This case is reversed and remanded pursuant to sentence four of 42 U.S.C. § 405(g).

DATED this 25th day of November, 2009.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

Recommended for Entry:

s/Karen L. Strombom
UNITED STATES MAGISTRATE JUDGE

Presented By:

s/ DAPHNE BANAY
Special Assistant United States Attorney
Office of the General Counsel
701 Fifth Avenue, Suite 2900 M/S 901
Seattle, Washington 98104-7075
Telephone: (206) 615-2113
FAX: (206) 615-2531
daphne.banay@ssa.gov