IN THE UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| RAYMOND THORNTON,<br><br>    Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>    Defendant. | Civil No. 3:09-CV-5218-FDB<br><br><br><br>JUDGMENT |

    IT IS ORDERED AND ADJUDGED that this case is reversed and remanded pursuant to sentence four of 42 U.S.C. § 405(g) to the Commissioner of Social Security for further administrative proceedings pursuant to this Court's ORDER of remand, issued on November 25th, 2009.

    DATED this 2nd day of December 2009.

                                      FRANKLIN D. BURGESS
                                      UNITED STATES DISTRICT JUDGE