U.S. District Court Judge Ronald B. Leighton

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

RAYMOND THORNTON,

          Plaintiff,

vs.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

          Defendant.

)
)
)
)
)
)
)
)
)
)
)

NO. 3:09-cv-5218-RBL

ORDER FOR ATTORNEY'S FEES
PURSUANT TO 42 U.S.C. § 406(b)

THIS MATTER having come on regularly before the undersigned upon Plaintiff's Motion for Attorneys Fees Pursuant To 42 U.S.C.§ 406(b), the Court having considered the contentions of Plaintiff and Defendant, good cause having been shown for entry of the Order, now therefore, it is hereby

ORDERED that Plaintiff's attorney Amy Gilbrough is awarded an attorney fee of $5,950.00 pursuant to 42 U.S.C. § 406(b).  Social Security is directed to send this amount to Plaintiff's attorney, minus any applicable processing fees as allowed by statute.  On receipt of

ORDER FOR ATTORNEY'S FEES PURSUANT TO 42
U.S.C. § 406(b) [No. 3:10-cv-5218-RBL] - 1

Douglas Drachler McKee & Gilbrough, LLP
1904 Third Ave. Suite 1030
Seattle, WA 98103
(206) 623-0900

this fee, Ms. Gilbrough will reimburse to the Plaintiff the fee she was paid under the Equal

Access to Justice Act (EAJA), $2,491.20, as required by statute.

DATED this 15th day of November, 2010.

RONALD B. LEIGHTON

UNITED STATES DISTRICT JUDGE

Presented by:


S/AMY GILBROUGH
AMY GILBROUGH, WSBA #26471
Attorney for Plaintiff

ORDER FOR ATTORNEY'S FEES PURSUANT TO 42
U.S.C. § 406(b) [No. 3:10-cv-5218-RBL] - 2

Douglas Drachler McKee & Gilbrough, LLP
1904 Third Ave. Suite 1030
Seattle, WA 98103
(206) 623-0900